

SEP 1 6 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Glenn Earl Bates<br><br>    Debtor (s). | Chapter 13 Proceedings<br><br>2:09-bk-05459-RTBBP |
| THE BANK OF NEW YORK MELLON fka The Bank of New York, as Trustee for Reperforming Loan REMIC Trust, Series 2003-R3 by its Attorney in fact Wells Fargo N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br>    Movant,<br>vs.<br><br>Glenn Earl Bates, Debtor; and Russell A. Brown, Chapter 13 trustee,<br><br>    Respondents. | ORDER OF RECUSAL<br><br>(THE BANK OF NEW YORK MELLON)<br><br>**(CHARLES G. CASE, II)** |

Before the court is the MOTION FOR RELIEF FROM THE AUTOMATIC STAY, filed by THE BANK OF NEW YORK MELLON, et al. It appearing that the Honorable Redfield T. Baum has a conflict of interest and must recuse himself from considering the bank's motion, and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C. 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for his/her consideration.

DATED this 16 day of September, 2009.

Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this 16 day of
September, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Third Floor
Phoenix, Arizona 85016

James R. McDonald
MCDONALD LAW OFFICE, PLLC
1907 East Broadway, #1
Tempe, Arizona 85282

Glenn Earl Bates
2568 E. Kent Avenue
Gilbert, Arizona 85296

Russell A. Brown
3838 N. Central Avenue, Suite 800
Phoenix, Arizona 85012-1965

by _____
Judicial Assistant