SO ORDERED.

# TIFFANY & BOSCO
### P.A.

**Dated: October 19, 2009**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-09005/9606902

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Glenn Earl Bates<br>      Debtor.<br>_____<br>The Bank of New York Mellon, fka The Bank of New York, as Trustee for Reperforming Loan REMIC Trust, Series 2003-R3 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br><br>      Movant,<br>  vs.<br><br>Glenn Earl Bates,Debtor; Russell A. Brown,Trustee.<br><br>      Respondents. | No. 2:09-bk-05459-RTB<br><br>Chapter 13<br><br>O R D E R<br><br><br>(Relating to docket #21 ) |

    IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby

///

withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT